DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS MANUEL TEJADA** a/k/a **LUIS TEJADA** and **NOBELLA JOSEFINA OLLER TEJADA** a/k/a **NOBELLA J. TEJADA,** his wife,
Appellants,

v.

**HELM BANK USA,** a Florida corporation f/k/a **HELM BANK,**
a Florida corporation,
Appellee.

No. 4D17-1069

[March 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. 15-17309 CACE 11.

Kenneth Eric Trent, Fort Lauderdale, for appellants.

Juan Ramirez, Jr. of ADR Miami, LLC, Coral Gables, and Manuel A. Ramirez of Castro & Ramirez, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***